UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY STEVEN LEAGUE,

    Plaintiff,

v.      Case No. 2:20-cv-650-SPC-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

Before the Court are Defendant's Opposed Second Motion for Extension of Time to File Answer to Plaintiff's Complaint (Doc. 14) and Plaintiff's Response (Doc. 15). For a second time, Defendant requests this action be stayed in order to produce a certified transcript of the record and file an answer. Defendant includes the same or similar argument from his previous motion. (Doc. 11, pp. 1-3). In sum, the pandemic has impacted the agency's operations and it has a backlog of actions awaiting certified transcripts. (*Id.*). In response, Plaintiff raises the same or similar objections in opposing the stay, arguing Defendant's efforts are insufficient. (Doc. 15, pp. 1-2).

After considering the arguments of counsel, the Court will stay this action for forty-five days.

Accordingly, the Opposed Motion for Stay of Proceedings (Doc. 14) is **GRANTED in part**. The Court extends the deadline for Defendant to file a certified transcript and answer to **March 8, 2021**. No further extensions will be granting without a detailed and case-specific showing that the Commissioner made a diligent effort to comply with the Court's deadline.

**DONE** and **ORDERED** in Fort Myers, Florida on February 1, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE